IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RICHARD NORMAN STEIN SR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 2:17-CV-986-TS <br><br> District Judge Ted Stewart |

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not obeyed the Court's October 30, 2017, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's case is DISMISSED without prejudice. This case is CLOSED.

DATED this 3rd day of January, 2018.

BY THE COURT:

JUDGE TED STEWART
United States District Court

---

[1]*See* 42 U.S.C.S. § 1983 (2017).

[2]*See* 28 *id.* § 1915.

[3]*See id.* § 1915(a)(2).